AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2014

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Reeves, Pamela L. | United States District Court Eastern District of Tennessee | 05/14/2015 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| United States District Judge | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2014<br>to<br>12/31/2014 |

**7. Chambers or Office Address**

Howard H. Baker, Jr., U.S. Courthouse
800 Market Street, Suite 145
Knoxville, TN 37902
865-545-4255

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Sole Proprietor | Pamela L. Reeves, Mediation (Jan. - March, 2014) |
| 2. | Immediate Post Chair and Member, Board of Trustees | Tennessee Bar Foundation |
| 3. | Executive Committee Member | ABA - Federal Judges Division |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reeves, Pamela L. | 05/14/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 03/09/14 | Self-employed attorney | $85,000.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2014 | Salary - City of Knoxville |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | University of Virginia | 04/20/2014 - 04/22/2014 | Charlottesville, VA | Speaker in law school class | Mileage & Hotel |
| 2. | William & Patricia Harbison | 09/26/2014 - 09/28/2014 | Nashville, TN | Wedding | Hotel Room |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reeves, Pamela L. | 05/14/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Eddie Mannis | Alcohol for Investiture Party | $750.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reeves, Pamela L.. | 05/14/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Real Property #1 Salisbury, N.C. | A | Rent | K | W | | | | | |
| 2. RentalProperty #2 Salisbury, N.C. | A | Rent | K | W | | | | | |
| 3. Business property #1, Knoxville, TN | E | Rent | N | W | | | | | |
| 4. Charles Schwab Money Market Fund | A | Int./Div. | K | T | | | | | |
| 5. AGCO Common Stock | A | Int./Div. | J | T | | | | | |
| 6. AllianceBernstein Small Cap Growth A | A | Int./Div. | | | Sold | 12/11/14 | J | | |
| 7. American Funds AMCAP A | A | Int./Div. | | | Sold | 12/11/14 | J | | |
| 8. American Funds EuroPac Gr R3 | A | Int./Div. | J | T | | | | | |
| 9. American Intl Group Common Stock | A | Int./Div. | J | T | | | | | |
| 10. Apple Computer | A | Int./Div. | | | Sold | 05/06/14 | J | | |
| 11. Aspen Insurance Holding LTD. Common Stock | A | Int./Div. | | | Sold | 03/12/14 | J | | |
| 12. ATHENE Annuity & Life | A | Int./Div. | K | T | | | | | |
| 13. Avivia Advantage Builder Series III whole life insurance pool | A | Int./Div. | | | Merged (with line 12) | 12/31/14 | J | | |
| 14. Astrazenecca PLC Commons Stock | A | Int./Div. | | | Sold | 05/05/14 | J | | |
| 15. Berkshire Hathaway Common Stock | A | Int./Div. | K | T | | | | | |
| 16. Black Rock Equity Fund Dividend R | A | Int./Div. | J | T | | | | | |
| 17. Calvert Income A | A | Int./Div. | | | Sold | 12/11/14 | J | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 | |
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | | |
| | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | | |
| | U =Book Value | V =Other | W =Estimated | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reeves, Pamela L. | 05/14/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Calvert Short Duration Income A | A | Int./Div. | | | Sold | 12/11/14 | J | | |
| 19. CREF Equity Index | A | Int./Div. | | | Sold | 12/10/14 | J | | |
| 20. CREF Money Market | A | Int./Div. | | | Sold | 12/10/14 | J | | |
| 21. CREF Bond Market Fund | A | Int./Div. | | | Sold | 12/10/14 | J | | |
| 22. CREF Global Equities | A | Int./Div. | | | Sold | 12/10/14 | J | | |
| 23. CREF Growth | A | Int./Div. | | | Sold | 12/10/14 | J | | |
| 24. Cisco Sys Inc. Common Stock | A | Int./Div. | | | Sold | 12/10/14 | J | | |
| 25. CitiGroup Common Stock | A | Int./Div. | J | T | | | | | |
| 26. City of Knoxville TN Pension Plan G Option 1 | A | Int./Div. | J | T | | | | | |
| 27. Columbia Small Cap Value Fund I Class A | A | Int./Div. | | | Sold | 12/11/14 | J | | |
| 28. Deere & Co. | A | Int./Div. | J | T | | | | | |
| 29. Ensco PLC Class A Common Stock | A | Int./Div. | J | T | | | | | |
| 30. Exor S.p.A. | A | Int./Div. | J | T | | | | | |
| 31. Fairfax Financial Holdings Ltd. | A | Int./Div. | K | T | | | | | |
| 32. Fidelity Adv Small Cap Fund | A | Int./Div. | | | Merged (with line 34) | 06/30/14 | J | | |
| 33. First Tennessee Bank cash accounts | A | Int./Div. | L | T | | | | | |
| 34. Franklin Small Cap Growth | A | Int./Div. | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reeves, Pamela L. | 05/14/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Goldman Sachs Common Stock | A | Int./Div. | J | T | | | | | |
| 36. Guardian Modified Benefit whole life insurance pool | A | Int./Div. | J | T | | | | | |
| 37. Hartford whole life insurance policy | A | Int./Div. | K | T | | | | | |
| 38. INCRI Corp. Common Stock | A | Int./Div. | J | T | | | | | |
| 39. Intel Common Stock | A | Int./Div. | | | Sold | 06/11/14 | J | | |
| 40. Intl. Bus. Machines Common | A | Int./Div. | J | T | | | | | |
| 41. Ivy International Core Equity A | A | Int./Div. | | | Sold | 12/11/14 | J | | |
| 42. J.P. Morgan & Co. Common Stock | A | Int./Div. | J | T | | | | | |
| 43. J.P. Morgan MidCap Growth A | A | Int./Div. | | | Sold | 12/11/14 | J | | |
| 44. Kellogg Co. Common Stock | A | Int./Div. | J | T | | | | | |
| 45. Leucadia National Corp. Common Stock | A | Int./Div. | J | T | | | | | |
| 46. Lincoln National Universal whole | A | Int./Div. | J | T | | | | | |
| 47. Lindsay Corporation | A | Int./Div. | J | T | | | | | |
| 48. Loews | A | Int./Div. | J | T | | | | | |
| 49. Markel Corp. Common Stock | A | Int./Div. | J | T | | | | | |
| 50. Mattel, Inc. Common Stock | A | Int./Div. | J | T | | | | | |
| 51. National Oil Well Varco | A | Int./Div. | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reeves, Pamela L. | 05/14/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Nationwide Investors Destination Moderately Conservative Fund | A | Int./Div. | | | Sold | 12/11/14 | J | | |
| 53. Oaktree Capital Group Common Stock | A | Int./Div. | J | T | | | | | |
| 54. Ocwen Financial Corp. | A | Int./Div. | J | T | | | | | |
| 55. Perkins Small Cap Value R | A | Int./Div. | | | Merged (with line 34) | 06/30/14 | J | | |
| 56. Phillip Morris International | A | Int./Div. | | | Sold | 07/22/14 | J | | |
| 57. PIMCO Total Return Fund | A | Int./Div. | J | T | | | | | |
| 58. Pioneer Bond Fund | A | Int./Div. | J | T | | | | | |
| 59. Pioneer Equity Income A | A | Int./Div. | | | Sold | 12/11/14 | J | | |
| 60. Prudential Guaranteed Income Fund | A | Int./Div. | J | T | | | | | |
| 61. Prudential Jenn Mid Cap Growth A | A | Int./Div. | J | T | | | | | |
| 62. RenaissanceRe Holdings Ltd. Common Stock | A | Int./Div. | J | T | | | | | |
| 63. Rolls Royce Holdings | A | Int./Div. | J | T | | | | | |
| 64. Sit Dividend Growth Fund | A | Int./Div. | | | Sold | 12/11/14 | J | | |
| 65. SunAmerica Strategic Bond Cl C | A | Int./Div. | J | T | | | | | |
| 66. SunAmerica Money Market Cl A | A | Int./Div. | J | T | | | | | |
| 67. SunAmerica Focused Multi Asset Cl C | A | Int./Div. | J | T | | | | | |
| 68. SunAmerica Focused Alpha Growth Cl C | A | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reeves, Pamela L. | 05/14/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 69. Tesco PLC ADRF Common Stock | A | Int./Div. | | | Sold | 10/09/14 | J | | |
| 70. Tupperware Corp. | A | Int./Div. | J | T | | | | | |
| 71. Unilever PLC ADR Common Stock | A | Int./Div. | | | Sold | 05/27/14 | J | | |
| 72. UnitedHealth Group Common Stock | A | Int./Div. | J | T | | | | | |
| 73. Vanguard Energy Fund Investor | A | Int./Div. | J | T | | | | | |
| 74. Vanguard Health Care Fund Investor | A | Int./Div. | | | Sold | 06/20/14 | J | | |
| 75. Vanguard Windsor II Fund Investor | A | Int./Div. | K | T | | | | | |
| 76. Vanguard Growth and Income Fund | A | Int./Div. | K | T | | | | | |
| 77. Vanguard Health Care Fund Admiral Shores | A | Int./Div. | L | T | | | | | |
| 78. Vodafone Group Common Stock | A | Int./Div. | | | Sold | 11/20/14 | J | | |
| 79. Vict Integral Small CAD-R-b | A | Int./Div. | J | T | | | | | |
| 80. Weitz Value Portfolio Equity Funds | A | Int./Div. | J | T | | | | | |
| 81. Wells Fargo Advantage Growth A | A | Int./Div. | J | T | | | | | |
| 82. Whistler Blackcomb Holdings, Inc. | A | Int./Div. | | | Sold | 08/20/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

We have approximately $17,498.50 in trust in attorney ⬛⬛⬛⬛⬛'s trust account in ⬛⬛⬛⬛⬛⬛⬛⬛ pending resolution of final tax payments relative to the sale or property in ⬛⬛⬛⬛⬛⬛ .

In December, 2014, I transferred the balances in three qualified retirement funds from the University of Tennessee TCREF and Knox County pension plans to my THRIFT plan. The securities that were transferred and the dates of the transfers were as follows:

Alliance Bernstein Small Cap Growth A - 12/11/14
American Funds AMCAP A - 12/11/14
Calvert Income A - 12/11/14
Calvert Short Duration Income A - 12/11/14
CREF Equity Index - 12/10/14
CREF Money Market - 12/10/14
CREF Bond Market Fund - 12/10/14
CREF Global Equities - 12/10/14
CREF Growth - 12/10/14
Columbia Small Cap Value Fund I Class A - 12/11/14
Ivy International Core Equity A - 12/11/14
J.P. Morgan Mid Cap Growth A - 12/11/14
Nationwide Investors Destination Moderately Conservative Fund - 12/11/14
Pioneer Equity Income A - 12/11/14
Sit Dividend Growth Fund - 12/11/14

| Name of Person Reporting | Date of Report |
|---|---|
| Reeves, Pamela L. | 05/14/2015 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Pamela L. Reeves**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544